FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE ROY R., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No.   1:21-cv-03047-SMJ <br><br> **ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court, without oral argument, is the parties Stipulated Motion for Remand, ECF No. 14. Under sentence four of 42 U.S.C. § 405(g), the parties are seeking to reverse and remand for further administrative proceedings.

After reviewing the record and relevant authority, the Court is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**   The parties Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.

**2.**   Under sentence four of 42 U.S.C. § 405(g), the Commissioner of Social Security's decision finding Plaintiff not disabled is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

3.  On remand, the Appeals Counsel shall instruct the Administrative Law Judge to (1) reevaluate Plaintiff's residual functional capacity; (2) further evaluate the persuasiveness of the medical opinions and prior administrative medical findings, including consideration of both supportability and consistency; (3) if warranted, seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that the Plaintiff can perform; (4) give Plaintiff an opportunity for a hearing; and (5) issue a new decision.

4.  Plaintiff will be entitled to reasonable attorney's fees and costs, pursuant to 28 U.S.C. §§ 1920, 2412, upon a timely and proper application to this Court.

5.  Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **DENIED AS MOOT**.

6.  The Clerk's Office is directed to enter **JUDGMENT** and **CLOSE** the file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of November 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge